# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH LEE FRARY,<br><br>                 Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                 Defendant. | Case No.: 22cv1183-JO-MDD<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |

      Plaintiff Judith Frary filed this social security appeal on August 12, 2022. Dkt. 1. After Plaintiff Frary died, her sister Jane Bossart filed a motion to substitute Plaintiff as the real party in interest under Federal Rule of Civil Procedure 25. Dkt. 5. Rule 25 provides that after the death of a party, the deceased party's successor or representative may move to substitute as the proper party by filing a motion within 90 days of serving notice of the party's death. *See* Fed. R. Civ. P. 25(a)(1). *Barlow v. Ground,* 39 F.3d 231, 233 (9th Cir. 1994) (first, "a party must formally suggest the death of the party upon the record" and then, "the suggesting party must serve other parties . . . with a suggestion of death in the same manner as required for service of the motion to substitute."). Here, Ms. Bossart filed and served notice of Plaintiff's death within 90 days and requested to substitute the

deceased Plaintiff as the real party in interest. *See* Dkt. 5. Ms. Bossart submitted the declarations of Plaintiff's other surviving siblings designating Ms. Bossart as the representative in this matter. *See* Dkt. 13. Defendant did not oppose the motion. *See* Dkt. 12. Accordingly, because the requirements of Rule 25 are met, the Court GRANTS the motion [Dkt. 5].

**IT IS SO ORDERED.**

Dated: October 24, 2022

_____
Hon. Jinsook Ohta
United States District Court