

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Bossart | Civil Action No.   22-cv-01183-MMP |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi,<br>  Acting Commissioner of Social Security, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court REVERSES the final decision of the Commissioner of Social Security and REMANDS the matter for further administrative proceedings with this opinion pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered and case is closed.

| | |
|---|---|
| **Date:**     3/27/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  L. Sotelo<br>                             L. Sotelo, Deputy |