UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE B. for JUDITH F.,[1]<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | Case No.: 22-cv-1183-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF No. 31]** |

Pending before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 ("Joint Motion"). [ECF No. 31.] Based on the parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and awards Plaintiff attorney's fees in the amount of $5,700.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $402.00

---

[1] In accordance with Civil Local Rule 7.1(e)(6)(b), the Court refers to all non-government parties by using their first name and last initial.

pursuant to 28 U.S.C. § 1920, subject to the terms of the Joint Motion, including but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED**.

Dated: May 15, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge